UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LARRY BACH | ) | CASE NO. 04-2698 PAM/RLE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| CONAGRA FOODS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Stipulation of the parties, this matter is hereby dismissed, with prejudice and on the merits, but without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: May   3   , 2006          s/Paul A. Magnuson
                                 Paul A. Magnuson, Judge
                                 United States District Court